**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

July 7, 2009

Clerk, U.S. Bankruptcy Court

RE: Dwaine J. & Michell L. Briggs
    Bankruptcy Case No.  1-04-02447
    Unclaimed Funds For: Citifinancial
                2480 E. Market St.
                York PA 17402

Dear Clerk:

Enclosed herewith please find check No.746040 for $1,299.00 and check No. 746050 for $10.01 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

*Carol A. Kreider*

Carol A. Kreider
Funds Manager

FILED
HARRISBURG, PA
2009 JUL -9 AM 7:22
U.S. BANKRUPTCY COURT

Case 1:04-bk-02447-MDF    Doc 36    Filed 07/09/09    Entered 07/09/09 09:26:09    Desc